**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Nelson Welch Cameron
Attorney at Law
675 Jordan Street
Shreveport LA 71101

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on February 13, 2019

**REHEARING ACTION: February 13, 2019**

**Docket Number: 18   00394-CA**

**LARRY BIZE, SR. AND MICHELLE R. BIZE**
**VERSUS**
**MALCOLM LARVADAIN, ET AL**

**Appealed from Rapides Parish Case No. 257,342**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Sylvia R. Cooks**
    **Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Larry Bize and Michele Bize** has this day been

    **DENIED.**
    Cooks, J., would grant the application for rehearing by Appellants.

cc: Kelvin G. Sanders, Counsel for the Appellee
    Alexander T. Reinboth, Counsel for the Appellee
    James Huey Gibson, Counsel for the Appellee
    Alan W. Stewart, Counsel for the Appellee